```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MILLENNIUM CONSTRUCTION AND                CIVIL ACTION
INVESTMENTS, LTD., ET AL


VERSUS                                     NO: 08-1442


FIRELINE RESTORATION, INC.                 SECTION: "J"(4)
```

## ORDER

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc.4).** This motion is set for hearing on April 30, 2008 on the briefs.

Plaintiff argues that Defendant Fireline Restoration, Inc. has failed to establish any ground for subject matter jurisdiction. Specifically, Plaintiff argues that complete diversity is lacking as Plaintiff is a Louisiana domiciliary and Defendant corporation is incorporated in the State of Louisiana, and, as such, is domiciled in Louisiana.

In response, Defendant, a Florida corporation with its principal place of business in Florida, states that as a result of Plaintiff's motion and due to subsequent investigation, it learned for the first time that Defendant's former management had formed or caused to be formed a Louisiana corporation under the

same name.  Defendant has been unable to locate any documentation to this effect, but based upon Plaintiff's representation that it contracted with the Louisiana corporation, and the fact that the Louisiana Secretary of State's records reveal a corporation by the name of "Fireline Restoration, Inc.," Defendant cannot object to the motion to remand at this time.

As a result, this Court determines that subject matter jurisdiction is lacking and that this case must be remanded. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc.4)** is hereby **GRANTED;** the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana, this 25th day of April, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE